IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:04CR327 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| KERI D. ANDERSEN, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's pro se motion for a downward departure (Filing No. 60).

On November 13, 2006, the Defendant was last sentenced to 159 months and 5 years supervised release upon the granting of the government's Rule 35 motion. The Defendant now asks for "downward departure." The motion is denied, and the Defendant is not entitled to further relief.

IT IS ORDERED:

1. The Defendant's motion for a downward departure (Filing No. 60) is denied; and

2. The Clerk is directed to mail a copy of this order to the Defendant at the last known address.

DATED this 10th day of March, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge